IRVING TRUST COMPANY, as Trustee in Bankruptcy of DISPLAY STAGE LIGHTING Co., INC., v. SAMUEL EDELSON and Another, Impleaded with JULIUS JOFFE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ABRAHAM L. PARKER v. KRAUSS COMPANY, LTD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

JACOB RUPPERT REALTY CORPORATION v. THE BANK OF UNITED STATES and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MEYER EDELSTEIN v. SANTINI BROS., INC.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

NATHAN STEINGART v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Motion for a reargument denied. [See ante, p. 114.] Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, v. JORDAHL & Co., INC., and Others, and DAVID A. BUCKLEY, JR., and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of LINCOLN CHAIR & NOVELTY Co., INC., to SAMUEL GREENBERG. UNITED STATES OF AMERICA. THE PEOPLE OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 725.] Motion for a stay granted in so far as to stay the payment of the sum of $110, pending the determination of said appeal. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., v. THE BANK OF UNITED STATES and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATE SHORR v. MARWILL REALTY CORPORATION and Others. MAURICE COHEN and ROSE S. FREIDUS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

FRANK HARAGO v. FRANK BARTOS and Others.— Motion for leave to appeal to the Court of Appeals, or for reargument, denied, with ten dollars costs. Present— Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.